JEANNETTE G. SHEPHERD, Respondent, *v.* THOMAS C. SHEPHERD, Appellant.

(Argued June 16, 1874; decided June 19, 1874.)

*Wm. F. Shepard* for the appellant.

*C. W. Sandford* for the respondent.

Agree to affirm.   No opinion.
All concur.
Order affirmed.